# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-0295-01** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **STEVEN ALLISON SMITH** | : | |

## **ORDER**

AND NOW, this 18th day of May, 2010, upon consideration of the motion (Doc. 579) for a transcript at the government's expense, filed by Steven Allison Smith ("Smith"), and it appearing that Smith invokes 28 U.S.C. § 753(f), and that Smith requests a transcript to oppose summary judgment in proceedings pending in the United States District Court for the District of South Carolina (see Doc. 579 at 2, Doc. 579 Ex. B), and the court noting that Smith has provided the court with a summary of the claims he presents in the proceedings, and that Smith arguably states non-frivolous claims, and the court finding that it is appropriate to extend all benefit of doubt to Smith and to certify that the proceeding is not frivolous, see 28 U.S.C. § 753(f), it is hereby ORDERED that defendant's motion (Doc. 579) for a transcript at the government's expense is GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge